# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | 3:17-CR- 00230-HZ |
| v. | INDICTMENT |
| GERALD RYAN DAVIS, | 18 U.S.C. § 2251(a) and (e) |
| Defendant. | Forfeiture Allegation |

**THE GRAND JURY CHARGES:**

### COUNT 1
(Sexual Exploitation of Children)
(18 U.S.C. § 2251(a) and (e))

Between on or about December 12, 2015 and December 14, 2015, defendant **GERALD RYAN DAVIS** knowingly did and did attempt to employ, use, persuade, induce, entice, and coerce a minor to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, knowing and having reason to know that such visual depiction would be transported using any means and facility of interstate and foreign commerce, or in or affecting interstate commerce, or that the visual depiction would be produced using materials that have been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer;

In violation of Title 18, United States Code, Sections 2251(a) and (e).

### FORFEITURE ALLEGATION

Upon conviction of Count One of the Indictment, defendant **GERALD RYAN DAVIS** shall forfeit to the United States pursuant to 18 U.S.C. § 2253 any property, real or personal, that was used or intended to be used to commit or to facilitate the commission of the said violation,

and any property, real or personal, constituting or derived from proceeds obtained directly or indirectly as a result of the said violation.

If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

(a) cannot be located upon the exercise of due diligence;

(b) has been transferred or sold to, or deposited with, a third party;

(c) has been placed beyond the jurisdiction of the court;

(d) has been substantially diminished in value; or

(e) has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to 21 U.S.C. § 853(p) as incorporated by 18 U.S.C. § 2253(b), to seek forfeiture of any other property of said defendant(s) up to the value of the forfeitable property described above.

DATED this _20_ day of June, 2017.

A TRUE BILL

_____
OFFICIATING FOREPERSON

Presented by:

BILLY J. WILLIAMS
United States Attorney

_____
RAVI SINHA, LASB # 30823
Assistant United States Attorney